

NUMBER 13-08-00378-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEONARDO RAMIREZ AND ANITA RAMIREZ,                    Appellants,

v.

PATRICIA RODRIGUEZ, INDIVIDUALLY AND
AS NEXT FRIEND OF ROBERTO RODRIGUEZ,
JOSE ALBERTO RODRIGUEZ, AND
MARIA GUADALUPE RODRIGUEZ,                    Appellees.

On appeal from the 332nd District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Memorandum Opinion Per Curiam

The appellants' brief in the above cause was due on April 3, 2009. On April 17,

2009, the Clerk of the Court notified appellants that the brief had not been timely filed and

that the appeal was subject to dismissal for want of prosecution under Texas Rule of

Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.  To date, no response has been received from appellants.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file their brief, or file their brief.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 28th day of May, 2009.

2